```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

         v.                     :       INDICTMENT

WILLIAM IRIZZARY,               :       07 Cr.

              Defendant.        :

- - - - - - - - - - - - - - - - x
```

07 CRIM 1009

COUNT ONE

The Grand Jury charges:

On or about October 6, 2007, in the Southern District of New York, WILLIAM IRIZZARY, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about April 28, 1992, in New York Supreme Court, New York County, for attempted robbery in the second degree, in violation of New York Penal Law 160.10, a Class D felony, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a Smith and Wesson .38 caliber revolver, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney