UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

WILLIAM IRIZZARY,

Defendant.

07 CR. 1009 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Defendant (see attached letter) requests the exclusion of time until the next scheduled conference in this matter. The parties are directed to appear before the Court for a status conference on November 21, 2007 at 10:15 a.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until November 21, 2007.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated: New York, New York
7 November 2007

Victor Marrero
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 11-8-07

Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

November 7, 2007

By Facsimile
Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. William Irizzary
06 Cr. 1009 (VM)
07

Dear Judge Marrero:

With the consent of the government, I write on behalf of my client, William Irizarry, to request that the Court schedule a status conference in the above-referenced case. I understand from Chambers that the Court is available on November 21, 2007, at 10:15 a.m. and request that the conference be scheduled for that time.

On behalf of Mr. Irizzary, I waive any objection to exclusion of time between this writing and the adjourn date from any speedy trial calculation.

Respectfully submitted,

Peggy M. C

Peggy M. Cross
Staff Attorney
Tel.: (212) 417-8732

cc: AUSA John Cronan (by facsimile)