```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :    07 CR. 1009 (VM)
                                    :
     - against -                    :    ORDER
                                    :
                                    :
WILLIAM IRIZZARY,                   :
                                    :
              Defendant.            :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

The Government (see attached letter) requests that the next conference for defendant be rescheduled from November 21, 2007 to November 30, 2007, at 10:30 a.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until November 30, 2007.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         20 November 2007

                                          Victor Marrero
                                          U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-20-07



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 20, 2007

**By Facsimile**

The Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 660
New York, New York 10007

      Re:    <u>United States v. William Irizzary</u>
             07 Cr. 1009 (VM)

Dear Judge Marrero:

      I write respectfully on behalf of the Government in the above-referenced case, to request that the Court adjourn the initial pretrial conference from November 21, 2007, at 10:15 a.m., to November 30, 2007, at 10:30 a.m. I also respectfully request that the Court exclude time, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), from November 21, 2007, to November 30, 2007. Peggy Cross, Esq., counsel for the defendant, consents to this request for the exclusion of time.

      I appreciate Your Honor's consideration of these matters.

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                United States Attorney

                By:      /s/ John P. Cronan
                        John P. Cronan
                        Assistant U.S. Attorney
                        Tel.: (212) 637-2779
                        Fax: (212) 637-2937

cc:      Peggy Cross, Esq.
          *By facsimile*