SDS SDNY
DOCUMENT
ELECTRONICALLY FILED
D 2/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA             :

    - v -                            :

WILLIAM IRRIZARY,                    :     07 Cr. 1009 (VM)

                Defendant.          :

- - - - - - - - - - - - - - - - - -X

**ORDER**

        Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney John P. Cronan, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued unsealing the grand jury testimony and exhibits relating to the arrest and investigation by the Bronx District Attorney's Office of WILLIAM IRRIZARY (Arrest #: B07677238; Docket #: 2007BX061533), to permit the United States Attorney's Office for the Southern District of New York to review these materials,

        IT IS HEREBY ORDERED, that the state grand jury testimony and exhibits relating to the arrest and prosecution of WILLIAM IRRIZARY (Arrest #: B07677238; Docket #: 2007BX061533) be unsealed to permit the United States Attorney's Office for the Southern District of New York to review the contents of these materials and, if necessary, to disclose any documents contained therein as required by the Federal Rules of Criminal Procedure, Title 18 United States Code, Section 3500, as well as *Brady v.*

*Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and their progeny.

Dated: New York, New York
       February 5, 2008

                                   _____
                                   THE HONORABLE VICTOR MARRERO
                                   UNITED STATES DISTRICT JUDGE
                                   SOUTHERN DISTRICT OF NEW YORK