# Federal Defenders
## OF NEW YORK, INC.

**ORIGINAL**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08

February 8, 2008

FEB 1 1 2008

By Facsimile
Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. William Irizzary
06 Cr. 1009 (VM)

Dear Judge Marrero:

With the consent of the government, I write on behalf of my client, William Irizarry, to request a two-week adjournment in the motion schedule in the above-referenced case. The proposed new schedule would call for defense motions to be due by February 22 and the government's response to be due by March 7. Oral argument, should it be necessary, already is scheduled for May 3 at 10:00 and time under the Speed Trial Act has been excluded through May 3.

Respectfully submitted,

Peggy M. Cross
Staff Attorney
Tel.: (212) 417-8732

cc: AUSA John Cronan (by facsimile)

Request GRANTED. The briefing schedule with regard to the motion of defendant to suppress evidence herein is extended as set forth herein: motion papers submitted by 2-22-08; response 3-7-08; reply _____. Oral argument, if necessary, scheduled for 5-2-08 at 10:00 a.m.

SO ORDERED.

2-11-08
DATE

VICTOR MARRERO, U.S.D.J.

TOTAL P.002