

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 10, 2008

**By Facsimile**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 660
New York, New York 10007

```
SDS SDNY
OCUMENT
CTRONIC    FILED
*:
FILED: 7-11-08
```

   Re: United States v. William Irrizary
     07 Cr. 1009 (VM)

Dear Judge Marrero:

  I write respectfully on behalf of the Government to confirm that the sentencing in the above-referenced case has been adjourned from August 22, 2008, to September 5, 2008, at 1:30 p.m.

           Respectfully submitted,

           MICHAEL J. GARCIA
           United States Attorney

       By: _/s/_____
           John P. Cronan
           Assistant United States Attorney
           Tel.: (212) 637-2779
           Fax: (212) 637-2390

cc: Peggy Cross, Esq.
   *By facsimile*

---

Request GRANTED. The sentencing of defendant *William Irrizary* herein is rescheduled to *9-5-08* at *1:30 p.m.*

SO ORDERED.

*7-10-08*
DATE    VICTOR MARRERO, U.S.D.J.

TOTAL P.02